No. 11–45. ELGIN ET AL. *v.* DEPARTMENT OF THE TREASURY ET AL. C. A. 1st Cir. Certiorari granted.

No. 11–88. MOHAMAD, INDIVIDUALLY AND FOR THE ESTATE OF RAHIM, DECEASED, ET AL. *v.* PALESTINIAN AUTHORITY ET AL. C. A. D. C. Cir. Certiorari granted, and case to be argued in tandem with No. 10–1491, *Kiobel, Individually and on Behalf of Her Late Husband Kiobel, et al.* v. *Royal Dutch Petroleum Co. et al., supra.*

No. 11–210. UNITED STATES *v.* ALVAREZ. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 10–1010. LIGHTY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–1426. BUSCH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 10–8807. WILSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–9333. WEI QIN SUN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–9445. PACHECO-GARCIA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–9746. GUERRERO-CAMPOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–10340. WESEVICH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

